

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:17-CR-196 |
| v. | ) | |
| | ) | Hon. T.S. Ellis, III |
| IVAN DUANE WILLIAMS, | ) | |
| a/k/a "Lucci," | ) | Trial Date: January 3, 2018 |
| | ) | |
| and | ) | |
| | ) | |
| DENNIS RAY DAVIS, JR., | ) | |
| a/k/a "DEF " | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM–COUNT ONE

With respect to Count One, conspiracy to commit sex trafficking of minors or by force,

fraud, or coercion:

We, the jury, find the Defendant, IVAN DUANE WILLIAMS, a/k/a "Lucci":

Not Guilty: _____        Guilty: ___✓___

We, the jury, find the Defendant, DENNIS RAY DAVIS, JR., a/k/a "DEE."

Not Guilty: _____        Guilty: __✓____

So say we all this _10_ day of January, 2018.

REDACTED



IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:17-CR-196 |
| v. | ) |
| | ) Hon. T.S. Ellis, III |
| IVAN DUANE WILLIAMS, | ) |
| a/k/a "Lucci," | ) Trial Date: January 3, 2018 |
| | ) |
| and | ) |
| | ) |
| DENNIS RAY DAVIS, JR., | ) |
| a/k/a "DEE " | ) |
| | ) |
| | ) |
| Defendants. | ) |

## VERDICT FORM–COUNT TWO

With respect to Count Two, sex trafficking of minor A.L.:

We, the jury, find the Defendant, IVAN DUANE WILLIAMS, a/k/a "Lucci":

Not Guilty: _____        Guilty: ___✓___

We, the jury, find the Defendant, DENNIS RAY DAVIS, JR., a/k/a "DEE."

Not Guilty: _____        Guilty: ___✓___

So say we all this _10_ day of January, 2018.

REDACTED



IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:17-CR-196 |
| v. | ) |
| | ) Hon. T.S. Ellis, III |
| IVAN DUANE WILLIAMS, | ) |
| a/k/a "Lucci," | ) Trial Date: January 3, 2018 |
| | ) |
| and | ) |
| | ) |
| DENNIS RAY DAVIS, JR., | ) |
| a/k/a "DEE," | ) |
| | ) |
| | ) |
| Defendants. | ) |

## VERDICT FORM–COUNT THREE

With respect to Count Three, sex trafficking of minor J.C.M.:

We, the jury, find the Defendant, IVAN DUANE WILLIAMS, a/k/a "Lucci":

Not Guilty: _____     Guilty: __✓__

We, the jury, find the Defendant, DENNIS RAY DAVIS, JR., a/k/a "DEE,"


Not Guilty: _____     Guilty: __✓__

So say we all this _10_ day of January, 2018.

REDACTED

FILED
IN OPEN COURT

**JAN 1 0** 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)                    Case No. 1:17-CR-196
v.                                )
)                    Hon. T.S. Ellis, III
IVAN DUANE WILLIAMS,              )
a/k/a "Lucci,"                    )                    Trial Date: January 3, 2018
)
and                               )
)
DENNIS RAY DAVIS, JR.,            )
a/k/a "DEE "                      )
)
)
Defendants.                       )

## VERDICT FORM–COUNT FOUR

With respect to Count Four, sex trafficking of minor J.C.:

We, the jury, find the Defendant, IVAN DUANE WILLIAMS, a/k/a "Lucci":

Not Guilty: _____          Guilty: __✓__

We, the jury, find the Defendant, DENNIS RAY DAVIS, JR., a/k/a "DEE "

Not Guilty: _____          Guilty: __✓__

So say we all this _10_ day of January, 2018.

REDACTED